168 So. 193

### C. L. ST. JOHN v. STATE.
### 6 Div. 941.

Supreme Court of Alabama.
April 9, 1936.

Rehearing Denied May 28, 1936.

Wm. Conway, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

GARDNER, Justice.

Petition of C. L. St. John for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in St. John v. State, 168 So. 190.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.